GROOM LAW GROUP, CHARTERED
William J. Delany (*pro hac vice* forthcoming)
wdelany@groom.com
Patrick C. DiCarlo (*pro hac vice* forthcoming)
pdicarlo@groom.com
1701 Pennsylvania Ave. NW
Washington, DC 20006
Tel: (202) 857-0620; Fax: (202) 659-4503

MUSICK, PEELER, & GARRETT LLP
William A. Bossen (SBN 131438)
w.bossen@musickpeeler.com
Christopher D. Holt (State Bar No. 228399)
c.holt@musickpeeler.com
333 South Hope Street, Suite 2900
Los Angeles, CA 90071
Tel: (213) 629-7976
Fax: (213) 624-1376

*Counsel for Defendant Prospect Medical Holdings, Inc.*

(Additional Counsel Listed Below)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Alan Zweben, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Prospect Medical Holdings, Inc., et al.,<br><br>Defendants. | No. 2:26-cv-06548-HDV-SSC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Judge: Hon. Hernán D. Vera<br>Courtroom: 5B, Fifth Floor<br>Complaint Served: Waiver of Service<br>Current Response Date: August 21, 2026<br>New Response Date: September 4, 2026 |

Plaintiffs Alan Zweben and Jessica Kline (together "Plaintiffs"), and Defendant Prospect Medical Holdings, Inc. ("Defendant"), by and through their respective counsel of record, hereby jointly stipulate to the following:

**WHEREAS**, on June 16, 2026, Plaintiffs filed the above-captioned action (Dkt. 1, "Complaint") against Defendant;

**WHEREAS**, pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, Defendant waived service such that Defendant's deadline to move, plead, or otherwise respond to the Complaint is currently August 21, 2026 (Dkt. 11);

**WHEREAS**, this stipulation is the first such stipulation and does not extend the time by more than a total of thirty (30) days from the date Defendant's response initially would have been due, to September 4, 2026, pursuant to Local Rule 8-3;

**WHEREAS**, through this stipulation, the parties do not waive, but rather expressly reserve, all rights with respect to the above-captioned action and the claims in the Complaint.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:** Pursuant to Local Rule 8-3, Defendant's deadline to move, plead, or otherwise respond to the Complaint is extended by fourteen (14) days through and including September 4, 2026.

Dated: August 17, 2026

Respectfully Submitted,

*<u>/s/ William A. Bossen</u>*
William J. Delany (*pro hac vice* forthcoming)
Patrick C. DiCarlo (*pro hac vice* forthcoming)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave. NW
Washington, DC 20006
Tel: (202) 861-0620
Fax: (202) 659-4503
Email: wdelany@groom.com
pdicarlo@groom.com

William A. Bossen (SBN 131438)
MUSICK, PEELER, & GARRETT LLP

333 South Hope Street, Suite 2900
Los Angeles, CA 90071
Tel: (213) 629-7976
Fax: (213) 624-1376
Email: w.bossen@musickpeeler.com

*Counsel for Defendant Prospect Medical Holdings, Inc.*

*/s/ Christopher Graver*

Jeffrey Lewis (SBN 66587)
KELLER ROHRBACK L.L.P.
180 Grand Avenue, Suite 1380
Oakland, CA 94612
Tel: (510) 463-3900
Email: jlewis@kellerrohrback.com

Allison E. Chase (SBN 226976)
KELLER ROHRBACK L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel: (805) 456-1496
Email: achase@kellerrohrback.com

Gary A. Gotto (admitted *pro hac vice*)
Christopher Graver (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
Email: ggotto@kellerrohrback.com
cgraver@kellerrohrback.com

Erin M. Riley (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Tel: (206) 623-1900
Email: eriley@kellerrohrback.com

*Attorneys for Plaintiffs*

**LOCAL RULE 5-4-.3.4(a)(2)(i) ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 17, 2026 *<u>/s/ William A. Bossen</u>*

William A. Bossen

**LOCAL RULE 7-3 STATEMENT**

Pursuant to L.R. 7-3, I certify that counsel for the parties conferred on August 14, 2026 and thoroughly discussed the extension that is the subject of this stipulation. The parties agreed to the extension.

Dated: August 17, 2026 *<u>/s/ Patrick C. DiCarlo</u>*

Patrick C. DiCarlo
(*pro hac vice* forthcoming)

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2026, I electronically filed the foregoing through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List.

Dated: August 17, 2026

April Yusay

April Yusay