GROOM LAW GROUP, CHARTERED
William J. Delany (admitted *pro hac vice*)
wdelany@groom.com
Patrick C. DiCarlo (admitted *pro hac vice*)
pdicarlo@groom.com
1701 Pennsylvania Ave. NW
Washington, DC 20006
Tel: (202) 857-0620; Fax: (202) 659-4503

MUSICK, PEELER, & GARRETT LLP
William A. Bossen (SBN 131438)
w.bossen@musickpeeler.com
Christopher D. Holt (SBN 228399)
c.holt@musickpeeler.com
333 South Hope Street, Suite 2900
Los Angeles, CA 90071
Tel: (213) 629-7976
Fax: (213) 624-1376

*Counsel for Defendant Prospect Medical Holdings, Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Alan Zweben, et al.,

Plaintiffs,

v.

Prospect Medical Holdings, Inc., et al.,

Defendants.

No. 2:26-cv-06548-HDV-SSC

**NOTICE OF MOTION AND DEFENDANT PROSPECT MEDICAL HOLDINGS, INC.'S MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT**

Date: November 5, 2026
Time: 10:00 AM PT
Judge: Hon. Hernán D. Vera
Courtroom: 5B, Fifth Floor

**TO ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on Thursday, November 5, 2026, at 10:00 AM Pacific time, or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Hernán D. Vera, United States District Judge, Central District of California, located at 350 W. 1st Street, Courtroom 5B, 5th Floor, Los Angeles, California 90012, Defendant Prospect Medical Holdings, Inc. ("Prospect Medical") will, and hereby does, move the Court to dismiss Plaintiffs' Class Action Complaint in the above-captioned action (Dkt. 1, "Complaint").

The Court should dismiss Plaintiffs' Complaint because Plaintiffs fail to state a claim under the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1001 *et seq*. ("ERISA"), with respect to the Prospect Medical Retirement Savings Plan A (the "Savings Plan"). Plaintiffs challenge contributions that were never actually paid to the Savings Plan, and the Ninth Circuit has been unequivocally clear that unpaid contributions are not plan assets. *See Cline v. Indus. Maint. Eng'g & Cont. Co.*, 200 F.3d 1223, 1234 (9th Cir. 2000). Because Plaintiffs have not pled facts sufficient to show that Defendant acted in a fiduciary capacity with respect to the contributions they challenge, their claims fail. Additionally, Plaintiffs fail to identify any commercial "transaction" prohibited by ERISA, *see Lockheed v. Spink*, 517 U.S. 882, 893 (1996), but instead baselessly attempt to challenge the absence of a transaction. Moreover, Plaintiffs fail to identify any party whose interests are adverse to the Savings Plan—as they must to state a Section 406(b)(2) claim—and they fail to plead facts plausibly demonstrating that Defendant breached any co-fiduciary duty.

This Motion is brought pursuant to Federal Rule of Civil Procedure 12(b)(6) and is based on this Notice of Motion and Motion to Dismiss Plaintiffs' Class Action Complaint, the accompanying Memorandum of Points and Authorities, the accompanying Declaration of Patrick C. DiCarlo and the exhibits thereto, the

pleadings and papers filed in this action, and such further argument or materials that may be presented at the hearing on this matter.

As set forth in the accompanying Declaration of Patrick C. DiCarlo, this Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on August 14, 2026 and through follow-up email correspondence. Plaintiffs oppose the relief requested through the instant Motion.

Dated: September 4, 2026

Respectfully Submitted,

*/s/ Patrick C. DiCarlo*
William J. Delany (admitted *pro hac vice*)
Patrick C. DiCarlo (admitted *pro hac vice*)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave. NW
Washington, DC 20006
Tel: (202) 861-6643
Fax: (202) 659-4503
Email: wdelany@groom.com
pdicarlo@groom.com

William A. Bossen (SBN 131438)
Christopher D. Holt (SBN 228399)
MUSICK, PEELER, & GARRETT LLP
333 South Hope Street, Suite 2900
Los Angeles, CA 90071
Tel: (213) 629-7976
Fax: (213) 624-1376
Email: w.bossen@musickpeeler.com
c.holt@musickpeeler.com

*Counsel for Defendant Prospect Medical Holdings, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2026, I electronically filed the foregoing through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List.

Dated: September 4, 2026 */s/ Patrick C. DiCarlo*

Patrick C. DiCarlo