GROOM LAW GROUP, CHARTERED
William J. Delany (admitted *pro hac vice*)
wdelany@groom.com
Patrick C. DiCarlo (admitted *pro hac vice*)
pdicarlo@groom.com
1701 Pennsylvania Ave. NW
Washington, DC 20006
Tel: (202) 857-0620; Fax: (202) 659-4503

MUSICK, PEELER, & GARRETT LLP
William A. Bossen (SBN 131438)
w.bossen@musickpeeler.com
Christopher D. Holt (SBN 228399)
c.holt@musickpeeler.com
333 South Hope Street, Suite 2900
Los Angeles, CA 90071
Tel: (213) 629-7976
Fax: (213) 624-1376

*Counsel for Defendant Prospect Medical Holdings, Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Alan Zweben, et al.,

Plaintiffs,

v.

Prospect Medical Holdings, Inc., et al.,

Defendants.

No. 2:26-cv-06548-HDV-SSC

**DECLARATION OF PATRICK C. DICARLO IN SUPPORT OF DEFENDANT PROSPECT MEDICAL HOLDINGS, INC.'S MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT**

Date: November 5, 2026
Time: 10:00 AM PT
Judge: Hon. Hernán D. Vera
Courtroom: 5B, Fifth Floor

# DECLARATION OF PATRICK C. DICARLO

I, PATRICK C. DICARLO, hereby declare under penalty of perjury as follows:

1. I am an attorney and senior counsel with the firm Groom Law Group, Chartered, in Washington, D.C. and am counsel to Defendant Prospect Medical Holdings, Inc. ("Prospect Medical") in the above-captioned matter.

2. I submit this declaration in support of Defendant Prospect Medical's contemporaneously-filed Motion to Dismiss Plaintiffs' Class Action Complaint (the "Motion").

3. Pursuant to L.R. 7-3, I conferred with counsel for Plaintiffs regarding the Motion via conference on August 14, 2026. We discussed Defendant's intent to file a motion to dismiss, and agreed that counsel for Defendant would sent Plaintiffs' counsel an email describing the arguments that Defendants intend to make in support of the Motion. Counsel for Defendant sent such an email on August 27, 2026.

4. The parties have been unable to reach a resolution that eliminates the necessity for a hearing regarding the Motion.

5. Attached hereto as **Exhibit A** is a true and correct copy of the Prospect Medical Retirement Savings Plan A Plan Document.

6. Attached hereto as **Exhibit B** is a true and correct copy of Prospect Medical's Adoption Agreement for the Prospect Medical Retirement Savings Plan A, executed on July 20, 2022 with an effective date of July 1, 2022.

7. Attached hereto as **Exhibit C** is a true and correct copy of Prospect Medical's first amended Adoption Agreement for the Prospect Medical Retirement Savings Plan A, executed on February 21, 2023 with an effective date of January 1, 2023.

8. Attached hereto as **Exhibit D** is a true and correct copy of Prospect Medical's second amended Adoption Agreement for the Prospect Medical

Retirement Savings Plan A, executed on June 29, 2023 with an effective date of July 1, 2023.

9. Attached hereto as **Exhibit E** is a true and correct copy of Prospect Medical's third amended Adoption Agreement for the Prospect Medical Retirement Savings Plan A, executed on January 12, 2024 with an effective date of January 15, 2024.

10. Attached hereto as **Exhibit F** is a true and correct copy of an amendment to the Prospect Medical Retirement Savings Plan A, executed on July 15, 2022 with an effective date of July 1, 2022.

11. Attached hereto as **Exhibit G** is a true and correct copy of an amendment to the Prospect Medical Retirement Savings Plan A, executed on November 28, 2023 with an effective date of January 1, 2024.

12. Attached hereto as **Exhibit H** is a true and correct copy of an amendment to the Prospect Medical Retirement Savings Plan A, executed on November 19, 2024 with an effective date of January 1, 2025.

13. Attached hereto as **Exhibit I** is a true and correct copy of an amendment to the Prospect Medical Retirement Savings Plan A, executed on January 27, 2026 with an effective date of February 1, 2026.

Dated: September 4, 2026

Respectfully Submitted,

*<u>/s/ Patrick C. DiCarlo</u>*

Patrick C. DiCarlo (admitted *pro hac vice*)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave. NW
Washington, DC 20006
Tel: (202) 861-0172
Fax: (202) 659-4503
Email: pdicarlo@groom.com

*Counsel for Defendant Prospect Medical Holdings, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2026, I electronically filed the foregoing through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List.

Dated: September 4, 2026 *<u>/s/ Patrick C. DiCarlo</u>*

Patrick C. DiCarlo