GROOM LAW GROUP, CHARTERED
William J. Delany (admitted *pro hac vice*)
wdelany@groom.com
Patrick C. DiCarlo (admitted *pro hac vice*)
pdicarlo@groom.com
1701 Pennsylvania Ave. NW
Washington, DC 20006
Tel: (202) 857-0620; Fax: (202) 659-4503

MUSICK, PEELER, & GARRETT LLP
William A. Bossen (SBN 131438)
w.bossen@musickpeeler.com
Christopher D. Holt (SBN 228399)
c.holt@musickpeeler.com
333 South Hope Street, Suite 2900
Los Angeles, CA 90071
Tel: (213) 629-7976
Fax: (213) 624-1376

*Counsel for Defendant Prospect Medical Holdings, Inc.*

(Additional Counsel Listed Below)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Alan Zweben, et al.,<br>Plaintiffs,<br>v.<br>Prospect Medical Holdings, Inc., et al.,<br>Defendants. | No. 2:26-cv-06548-HDV-SSC<br><br>**FIRST JOINT STIPULATION TO CONTINUE HEARING AND MODIFY BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS**<br><br>Judge: Hon. Hernán D. Vera<br>Courtroom: 5B, Fifth Floor<br>Motion to Dismiss Hearing:<br>November 5, 2026; 10:00 AM PT |

Defendant Prospect Medical Holdings, Inc. ("Defendant") and Plaintiffs Alan Zweben and Jessica Kline ("Plaintiffs") (collectively, the "Parties"), by and through their respective undersigned counsel, hereby jointly stipulate pursuant to Local Rule 7-1 as follows:

**WHEREAS**, on September 4, 2026, Defendant filed its Notice of Motion and Motion to Dismiss Plaintiffs' Class Action Complaint (Dkt. 25, "Motion to Dismiss"), noticing a motion hearing date of November 5, 2026 at 10:00 AM PT;

**WHEREAS**, based on the November 5, 2026 motion hearing date and Local Rules 6-1, 7-9, and 7-10, the current Motion to Dismiss briefing and hearing schedule is as follows:

| **Event** | **Current Deadline** |
|---|---|
| Plaintiffs' Opposition to Motion to Dismiss | October 15, 2026 |
| Defendant's Reply in Support of Motion to Dismiss | October 22, 2026 |
| Hearing on Motion to Dismiss | November 5, 2026 at 10:00 AM PT |

**WHEREAS**, in order to provide Defendants with sufficient time to prepare their reply brief, the Parties have conferred and stipulated to (i) continue the hearing on the Motion to Dismiss to November 19, 2026 at 10:00 AM PT (i.e., the Court's next available hearing date) and (ii) modify the briefing schedule for the Motion to Dismiss such that Plaintiffs' opposition to the Motion to Dismiss would be due on October 22, 2026 and Defendant's reply in support of the Motion to Dismiss would be due on November 5, 2026;

**WHEREAS**, pursuant to the Parties' stipulation, the Parties respectfully request that the Court revise the briefing and hearing schedule for the Motion to Dismiss as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' Opposition to Motion to Dismiss | October 15, 2026 | October 22, 2026 |
| Defendant's Reply in Support of Motion to Dismiss | October 22, 2026 | November 5, 2026 |
| Hearing on Motion to Dismiss | November 5, 2026 at 10:00 AM PT | November 19, 2026 at 10:00 AM PT |

**WHEREAS,** the requested extensions will not alter any other deadlines in this action, and no Party will suffer any prejudice from this Stipulation;

**NOW, THEREFORE,** pursuant to Local Rule 7-1, the Parties respectfully request that the Court enter the accompanying proposed order continuing the hearing on the Motion to Dismiss to November 19, 2026, and entering the above briefing schedule.

**IT IS SO STIPULATED.**

Dated: September 24, 2026

Respectfully Submitted,

*<u>/s/ Patrick C. DiCarlo</u>*
William J. Delany (admitted *pro hac vice*)
Patrick C. DiCarlo (admitted *pro hac vice*)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave. NW
Washington, DC 20006
Tel: (202) 861-0620
Fax: (202) 659-4503
Email: wdelany@groom.com
pdicarlo@groom.com

William A. Bossen (SBN 131438)
Christopher D. Holt (SBN 228399)
MUSICK, PEELER, & GARRETT LLP
333 South Hope Street, Suite 2900
Los Angeles, CA 90071
Tel: (213) 629-7976
Fax: (213) 624-1376
Email: w.bossen@musickpeeler.com
c.holt@musickpeeler.com

*Counsel for Defendant Prospect Medical Holdings, Inc.*

/s/ Christopher Graver
Jeffrey Lewis (SBN 66587)
KELLER ROHRBACK L.L.P.
180 Grand Avenue, Suite 1380
Oakland, CA 94612
Tel: (510) 463-3900
Email: jlewis@kellerrohrback.com

Allison E. Chase (SBN 226976)
KELLER ROHRBACK L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel: (805) 456-1496
Email: achase@kellerrohrback.com

Gary A. Gotto (admitted *pro hac vice*)
Christopher Graver (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088
Email: ggotto@kellerrohrback.com
cgraver@kellerrohrback.com

Erin M. Riley (admitted *pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Tel: (206) 623-1900
Email: eriley@kellerrohrback.com

*Attorneys for Plaintiffs*

**LOCAL RULE 5-4-.3.4(a)(2)(i) ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 24, 2026 *<u>/s/ Patrick C. DiCarlo</u>*

Patrick C. DiCarlo

**LOCAL RULE 7-3 STATEMENT**

Pursuant to L.R. 7-3, I certify that counsel for the parties conferred by e-mail regarding this stipulation. The parties agreed to the continued hearing date and revised briefing schedule.

Dated: September 24, 2026 *<u>/s/ Patrick C. DiCarlo</u>*

Patrick C. DiCarlo

# <u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on September 24, 2026, I electronically filed the foregoing through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List.

Dated: September 24, 2026 <u>*/s/ Patrick C. DiCarlo*</u>

Patrick C. DiCarlo